On respondent's motion to dismiss appeal filed November 5, 1985, appeal dismissed January 22, reconsideration denied March 14, petition for review allowed April 9, 1986
(300 Or 722)

# CITY OF LAKE OSWEGO,
*Appellant,*

*v.*

# MYLANDER,
*Respondent.*

(85-202; CA A36290)

713 P2d 44

William Uhle, Portland, for the motion.

Sandra N. Duffy, Deputy City Attorney, Lake Oswego, contra.

Before Warden, Presiding Judge, and Warren and Young, Judges.

PER CURIAM

**PER CURIAM**

Defendant was cited into the municipal court for the City of Lake Oswego for driving under the influence of intoxicants in violation of ORS 487.540. The municipal court granted his motion to suppress evidence. The city appealed to Clackamas County Circuit Court, which also granted defendant's motion. The city then appealed to this court. Defendant has moved to dismiss the appeal on the ground that this court is without jurisdiction. Defendant is correct. *City of Klamath Falls v. Winters,* 289 Or 757, 619 P2d 217 (1980).

Appeal dismissed.